**Order entered February 17, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01075-CR

### JORGE GUTIERREZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-47178-M**

## ORDER

The Court **REINSTATES** the appeal.

On January 22, 2015, we ordered the trial court to make findings regarding why the reporter's record has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel; (3) counsel timely requested preparation of the record; (4) Belinda Baraka is the court reporter who recorded the proceedings; (5) Ms. Baraka's explanation for the delay in filing the reporter's record is her "backlog of appellate records"; and (6) Ms. Baraka requested thirty days from the February 9, 2015 findings to file the reporter's record.

We **ORDER** Belinda Baraka, official court reporter of the 194th Judicial District Court, to file the complete reporter's record, including all exhibits admitted into evidence, by **4:00 p.m. on FRIDAY, MARCH 13, 2015**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Belinda Baraka, official court reporter, 194th Judicial District Court, and to counsel for all parties.

/s/    ADA BROWN
JUSTICE